Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12412−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kyle J. Tomasello
  8 Tyler Street
  Sparta, NJ 07871

Social Security No.:
  xxx−xx−3254

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/15/24
Time:              08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 26, 2024
JAN: mlc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-12412-RG

Kyle J. Tomasello  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3

Date Rcvd: Mar 26, 2024      Form ID: 132      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kyle J. Tomasello, 8 Tyler Street, Sparta, NJ 07871-2717 |
| 520183615 | + | Amanda L. Tomasello, 8 Tyler Street, Sparta, NJ 07871-2717 |
| 520183618 | + | Beacon Sales Acquisition, dba Allied Building Products, Box 415439, Boston, MA 02241-5439 |
| 520183620 | + | David Ginsberg, 271 Alpine Trail, Sparta, NJ 07871-1343 |
| 520183621 | + | Dynamic Home Exteriors, LLC, 8 Tyler Street, Sparta, NJ 07871-2717 |
| 520183623 | + | Gold Capital Funding, 90 Broad Street, Suite 903, New York, NY 10004-2230 |
| 520194325 | + | Gold Capital Funding, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 520183624 | + | Hudson Law Offices, 900 Rout 168, Suite C-2, Turnersville, NJ 08012-3206 |
| 520183626 | + | James and Karen Santangelo, 5 Alcor, Randolph, NJ 07869-2701 |
| 520183627 | + | Jason Laliker, 25 Brooksdie Drive, Sparta, NJ 07871-2912 |
| 520183629 | + | Joseph Paterno, III, 2 Kiel Avenue, Kinnelon, NJ 07405-2551 |
| 520183628 | + | Joseph and Stephanie Sienko, 50 Woodlawn Road, Sparta, NJ 07871-2026 |
| 520183631 | + | Michael Barabander, 36 Haddonfield Road, Short Hills, NJ 07078-3402 |
| 520183632 | + | Michael Hlushak, 2 Arrowhead Trails, Sparta, NJ 07871-1731 |
| 520183633 | + | Michael J. Kaplonski, Esq., 121 South Euclid Avenue, 2nd Floor, Westfield, NJ 07090-2129 |
| 520190333 | + | NATIONAL BUILDING SUPPLY, C/O ANDREW SKLAR, ESQ., 20 BRACE ROAD SUITE 205, CHERRY HILL NJ 08034-2634 |
| 520183635 | + | National Building Supply, 7440 State Highway 121, McKinney, TX 75070-3104 |
| 520183636 | + | Nikolas J. Gankovsky, 12 4th Street, Sussex, NJ 07461-2512 |
| 520183637 | + | Nilza Velez, 72 Kirkwood Avenue, Hamburg, NJ 07419-1033 |
| 520183638 | + | Phillip Terra, 49 Lake Drive, Stanhope, NJ 07874-3006 |
| 520183639 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Blvd, Suite 200, Merchantville, NJ 08109-4613 |
| 520183640 | + | Ralph Dengler, 34 Maple Parkway, Sparta, NJ 07871-2011 |
| 520183641 | + | Robert Oelz and Carolyn Oelz, 5 Greentree Road, West Orange, NJ 07052-4738 |
| 520183642 | + | Robert W. Keyser, Esq., 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 520183645 | + | Sean Chirico, 116 Seneca Lake Road, Sparta, NJ 07871-2828 |
| 520183646 | + | Sklar Law, LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 520183649 | + | Victoria Mediterraneo, 7 West Elro Drive, Oak Ridge, NJ 07438-9765 |
| 520183650 | | Weinstein & Weinstein, LLP, 420 Central Avenue, Ste 301, Cedarhurst, NY 11516-1000 |
| 520183651 | + | Zahav Asset Mgmt, 234 Cedarhurst Avenue, Apt 21 B, Cedarhurst, NY 11516-1608 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520183616 | + | Email/Text: BNCnotices@bblawpllc.com | Mar 26 2024 20:53:00 | Ariel Bouskila, Esq., 80 Broad Street, Suite 3303, New York, NY 10004-2845 |
| 520183617 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 26 2024 20:53:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |

Case 24-12412-RG   Doc 17   Filed 03/28/24   Entered 03/29/24 00:15:59   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: 132 | Total Noticed: 46 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 520194324 | + Email/Text: BNCnotices@bblawpllc.com | Mar 26 2024 20:53:00 | Berkovitch and Bouskila, PLLC, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 520183619 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2024 21:00:58 | Credit One Bank, Box 98873, Las Vegas, NV 89193-8873 |
| 520183622 | + Email/Text: EBNBKNOT@ford.com | Mar 26 2024 20:54:00 | Ford Motor Credit, One American Road, Dearborn, MI 48126-2701 |
| 520186587 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2024 21:01:12 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520187006 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2024 21:00:14 | Ford Motor Credit Company, LLC, Department, Attn: AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520183625 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2024 20:53:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520183630 | ^ MEBN | Mar 26 2024 20:51:33 | KML Law Group, P.C., 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 520183634 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 26 2024 21:01:33 | MidFirst Bank, 999 N.W. Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 520183643 | + Email/Text: bankruptcy@rubinrothman.com | Mar 26 2024 20:53:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, Box 9003, Islandia, NY 11749-1500 |
| 520183644 | + Email/Text: bkdept@scjinc.net | Mar 26 2024 20:52:00 | SCJ Comm Financial Services, 17507 South Dupont Hwy, Suite 2, Harrington, DE 19952-2378 |
| 520183647 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 26 2024 20:53:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 520183648 | + Email/Text: jaxbanko@td.com | Mar 26 2024 20:52:00 | TD Bank, N.A., 200 Carolina Point Pkwy, Building B, Greenville, SC 29607-5766 |
| 520184542 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 26 2024 21:00:08 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 26, 2024 | Form ID: 132 | Total Noticed: 46 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Kyle J. Tomasello ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3