Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  24−12412−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kyle J. Tomasello
   8 Tyler Street
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−3254

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 16, 2024
JAN: slm

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kyle J. Tomasello  
    Debtor

Case No. 24-12412-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 16, 2024      Form ID: 148      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kyle J. Tomasello, 8 Tyler Street, Sparta, NJ 07871-2717 |
| 520183615 | + | Amanda L. Tomasello, 8 Tyler Street, Sparta, NJ 07871-2717 |
| 520183618 | + | Beacon Sales Acquisition, dba Allied Building Products, Box 415439, Boston, MA 02241-5439 |
| 520183620 | + | David Ginsberg, 271 Alpine Trail, Sparta, NJ 07871-1343 |
| 520183621 | + | Dynamic Home Exteriors, LLC, 8 Tyler Street, Sparta, NJ 07871-2717 |
| 520183623 | + | Gold Capital Funding, 90 Broad Street, Suite 903, New York, NY 10004-2230 |
| 520194325 | + | Gold Capital Funding, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 520183624 | + | Hudson Law Offices, 900 Rout 168, Suite C-2, Turnersville, NJ 08012-3206 |
| 520183626 | + | James and Karen Santangelo, 5 Alcor, Randolph, NJ 07869-2701 |
| 520183627 | + | Jason Laliker, 25 Brooksdie Drive, Sparta, NJ 07871-2912 |
| 520183629 | + | Joseph Paterno, III, 2 Kiel Avenue, Kinnelon, NJ 07405-2551 |
| 520183628 | + | Joseph and Stephanie Sienko, 50 Woodlawn Road, Sparta, NJ 07871-2026 |
| 520183631 | + | Michael Barabander, 36 Haddonfield Road, Short Hills, NJ 07078-3402 |
| 520183632 | + | Michael Hlushak, 2 Arrowhead Trails, Sparta, NJ 07871-1731 |
| 520183633 | + | Michael J. Kaplonski, Esq., 121 South Euclid Avenue, 2nd Floor, Westfield, NJ 07090-2129 |
| 520190333 | + | NATIONAL BUILDING SUPPLY, C/O ANDREW SKLAR, ESQ., 20 BRACE ROAD SUITE 205, CHERRY HILL NJ 08034-2634 |
| 520183635 | + | National Building Supply, 7440 State Highway 121, McKinney, TX 75070-3104 |
| 520183636 | + | Nikolas J. Gankovsky, 12 4th Street, Sussex, NJ 07461-2512 |
| 520183637 | + | Nilza Velez, 72 Kirkwood Avenue, Hamburg, NJ 07419-1033 |
| 520183638 | + | Phillip Terra, 49 Lake Drive, Stanhope, NJ 07874-3006 |
| 520183639 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Blvd, Suite 200, Merchantville, NJ 08109-4613 |
| 520183640 | + | Ralph Dengler, 34 Maple Parkway, Sparta, NJ 07871-2011 |
| 520183641 | + | Robert Oelz and Carolyn Oelz, 5 Greentree Road, West Orange, NJ 07052-4738 |
| 520183642 | + | Robert W. Keyser, Esq., 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 520183645 | + | Sean Chirico, 116 Seneca Lake Road, Sparta, NJ 07871-2828 |
| 520183646 | + | Sklar Law, LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 520183649 | + | Victoria Mediterraneo, 7 West Elro Drive, Oak Ridge, NJ 07438-9765 |
| 520183650 | | Weinstein & Weinstein, LLP, 420 Central Avenue, Ste 301, Cedarhurst, NY 11516-1000 |
| 520183651 | + | Zahav Asset Mgmt, 234 Cedarhurst Avenue, Apt 21 B, Cedarhurst, NY 11516-1608 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520183616 | + | Email/Text: BNCnotices@bblawpllc.com | May 16 2024 20:53:00 | Ariel Bouskila, Esq., 80 Broad Street, Suite 3303, New York, NY 10004-2845 |
| 520183617 | + | EDI: BANKAMER2 | May 17 2024 00:40:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 520194324 | + | Email/Text: BNCnotices@bblawpllc.com | May 16 2024 20:53:00 | Berkovitch and Bouskila, PLLC, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 520183619 | + | Email/PDF: creditonebknotifications@resurgent.com | May 16 2024 21:13:42 | Credit One Bank, Box 98873, Las Vegas, NV 89193-8873 |
| 520254444 | | Email/Text: EBNBKNOT@ford.com | May 16 2024 20:54:00 | Ford Motor Credit Company, LLC, Dept 55953 P.O. Box 55000, Detroit, MI 48255 |
| 520183622 | + | Email/Text: EBNBKNOT@ford.com | May 16 2024 20:54:00 | Ford Motor Credit, One American Road, Dearborn, MI 48126-2701 |
| 520186587 | + | EDI: AISACG.COM | May 17 2024 00:40:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520187006 | + | EDI: AISACG.COM | May 17 2024 00:40:00 | Ford Motor Credit Company, LLC, Department, Attn: AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520183625 | | EDI: IRS.COM | May 17 2024 00:40:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520183630 | ^ | MEBN | May 16 2024 20:52:25 | KML Law Group, P.C., 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 520248916 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2024 21:02:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520252531 | + | EDI: AISMIDFIRST | May 17 2024 00:40:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520183634 | + | EDI: AISMIDFIRST | May 17 2024 00:40:00 | MidFirst Bank, 999 N.W. Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 520183643 | + | Email/Text: bankruptcy@rubinrothman.com | May 16 2024 20:53:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, Box 9003, Islandia, NY 11749-1500 |
| 520244533 | | Email/Text: bkdept@scjinc.net | May 16 2024 20:53:00 | Red Target LLC DBA SCJ Com Fin Services, 17507 S Dupont Hwy Suite 2, Harrington, DE 19952-1750 |
| 520183644 | + | Email/Text: bkdept@scjinc.net | May 16 2024 20:53:00 | SCJ Comm Financial Services, 17507 South Dupont Hwy, Suite 2, Harrington, DE 19952-2378 |
| 520183647 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 16 2024 20:53:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 520183648 | + | EDI: LCITDAUTO | May 17 2024 00:40:00 | TD Bank, N.A., 200 Carolina Point Pkwy, Building B, Greenville, SC 29607-5766 |
| 520184542 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 16 2024 21:02:20 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520245927 | + | EDI: AIS.COM | May 17 2024 00:40:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 148 | Total Noticed: 51 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Ralph A Ferro, Jr
on behalf of Debtor Kyle J. Tomasello ralphferrojr@msn.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4