## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:                                                    Case No. 24-12412

    KYLE J. TOMASELLO

    Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/05/2024.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 05/16/2024.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $33,275.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:     $4,687.00

## Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| RALPH A. FERRO, JR., ESQ. | Attorney Fee | $4,687.00 | $0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA, NA | Unsecured | 2,622.00 | NA | NA | 0.00 | 0.00 |
| BEACON SALES ACQUISITION | Unsecured | 33,456.04 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| DAVID GINSBERG | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GOLD CAPITAL FUNDING | Secured | 33,239.00 | 33,229.26 | 33,229.26 | 0.00 | 0.00 |
| JAMES AND KAREN SANTANGELO | Unsecured | 45,000.00 | NA | NA | 0.00 | 0.00 |
| JASON LALIKER | Unsecured | 14,250.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH SIENKO AND STEPHANIE SIE | Unsecured | 8,000.00 | 7,000.00 | 7,000.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 357.18 | 357.18 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 539.25 | 539.25 | 0.00 | 0.00 |
| MICHAEL BARABANDER | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL HLUSHAK | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 0.00 | 51,406.04 | 51,406.04 | 0.00 | 0.00 |
| NATIONAL BUILDING SUPPLY | Secured | 135,447.23 | 135,447.23 | 135,447.23 | 0.00 | 0.00 |
| NIKOLAS J. GANKOVSKY | Unsecured | 9,282.00 | NA | NA | 0.00 | 0.00 |
| NILZA VELEZ | Unsecured | 3,542.00 | NA | NA | 0.00 | 0.00 |
| PHILLIP TERRA | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| PRO CAP 8 FBO FIRSTRUST BANK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| RALPH DENGLER | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| RED TARGET LLC DBA SCJ COM FIN | Unsecured | 10,643.48 | 10,643.48 | 10,643.48 | 0.00 | 0.00 |
| ROBERT OELZ AND CAROLYN OELZ | Unsecured | 16,850.00 | NA | NA | 0.00 | 0.00 |
| SEAN CHIRICO | Unsecured | 0.00 | 9,250.00 | 9,250.00 | 0.00 | 0.00 |
| STATE OF NJ | Secured | NA | 19,275.84 | 19,275.84 | 0.00 | 0.00 |
| STATE OF NJ | Priority | 0.00 | 32,588.28 | 32,588.28 | 0.00 | 0.00 |
| STATE OF NJ | Unsecured | NA | 3,798.90 | 3,798.90 | 0.00 | 0.00 |
| TD BANK, N.A. | Unsecured | 3,386.18 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | Priority | 0.00 | 212,853.42 | 212,853.42 | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Unsecured | NA | 27,417.93 | 27,417.93 | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING AND | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 563.76 | 563.76 | 0.00 | 0.00 |
| VICTORIA MEDITERRANEO | Unsecured | 15,000.00 | 15,129.00 | 15,129.00 | 0.00 | 0.00 |
| ZAHAV ASSET MGMT | Unsecured | 60,800.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $51,406.04 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $187,952.33 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$239,358.37** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $245,441.70 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$245,441.70** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$74,699.50** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/29/2024                           By: /s/ Marie-Ann Greenberg
                                                                   Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.